UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED ENTERPRISE FUND LP,

    Plaintiff,

v.                                                            Case No. 8:08-cv-01488-T-24 MAP

MODERN BUSINESS ASSOCIATES, INC.,
MARK PATRICK LETTELLEIR,

    Defendants.
_____/

## **O R D E R**

The Court now considers Plaintiff's unopposed motion for reconsideration of this Court's order denying the parties' request for additional time to complete discovery and file dispositive motions in this case. (Doc. 47.) In addition, the Court considers Defendant Mark Patrick Lettelleir's motion for an extension of time to designate expert witness, conduct discovery, and file dispositive motions. (Doc. 48.)

Twice, this Court has granted an extension of the deadlines set in the Case Management and Scheduling Order. (Docs. 13, 18, 27, 28.) The last time the Court extended deadlines, it instructed the parties, "NO further extensions will be granted." (Doc. 27.)

Nevertheless, the parties asked a third time to extend the deadlines for discovery and dispositive motions from December 15, 2009 to March 1, 2010. This delay would cause the trial to be rescheduled from the May 2010 calendar to the July 2010 calendar.

In Plaintiff's motion for reconsideration, Plaintiff explains that the parties did not seek to move the date of the Pretrial Conference or the trial in this case. However, by asking to

1

postpone the deadline for dispositive motions, the parties require the Court to also postpone the corresponding date of the Pretrial Conference and trial. The Court needs sufficient time between the filing of summary judgment motions and the Pretrial Conference to review and rule on the substantive motions.

Second, the Plaintiff has not convinced the Court that it could not foresee the issues of damages at the beginning of the case. Plaintiff should have pursued discovery earlier, rather than wait to the end of the discovery period to conduct the depositions and extensive document review it now seeks to take.

However, the Court is willing to give Defendant Mark Patrick Lettelleir additional time to designate experts, conduct discovery, and file dispositive motions because Lettelleir did not appear as a defendant in this case until September 2009.

Therefore, the Court will change the deadlines for the filing of expert reports, the close of discovery, and filing of dispositive motions for all parties. The mediation deadline, however, remains the same. The Court will also change the trial date and the date for the Pretrial Conference.

Accordingly, the Plaintiff's unopposed motion for reconsideration (Doc. 47) is **GRANTED** as follows, and Defendant Mark Patrick Lettelleir's unopposed motion for additional time to designate experts, conduct discovery, and file dispositive motions (Doc. 48) is **GRANTED** as follows.

The deadlines shall be as follows:

(1) The deadline for <u>all</u> parties to designate all expert witnesses shall be December 13, 2009.

(2) The mediation deadline for <u>all</u> parties remains unchanged. The Court's mediation

deadline does not preclude the parties from mediating on their own an additional time after the Court's deadline.

(3) The discovery deadline and deadline to file dispositive motions shall be March 1, 2010.

(4) The Pretrial Conference set for April 14, 2010 is cancelled. The Pretrial Conference will be held on Tuesday, June 1, 2010, at 8:30 a.m. in Courtroom 14A of the Sam M. Gibbons U.S. Courthouse in Tampa, Florida. The Conference will take no more than one hour. The **joint** Pretrial Statement must be filed three business days before the Pretrial Conference.

(5) The case is set on the Court's July 2010 trial calender.

NO FURTHER EXTENSIONS WILL BE GRANTED.

**DONE AND ORDERED** at Tampa, Florida this 13th day of November, 2009.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record